**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| REPLIGEN CORPORATION and THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>               Plaintiffs,<br><br>    v.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>              Defendant. | Case No. 2:06-CV-004 |

## JOINT MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL

Having fully resolved the claims asserted in this action, Plaintiffs Repligen Corporation and The Regents of the University of Michigan (collectively "Plaintiffs") and Defendant Bristol-Myers Squibb Company ("Bristol") jointly move the Court for entry of the attached Stipulated Order of Dismissal.

Respectfully submitted,

BY: /s/ Sam Baxter (by Wesley Hill)
    Samuel F. Baxter (Bar No. 01938000)
    McKOOL SMITH P.C.
    505 East Travis Street, Suite 105
    Marshall, Texas 75670
    (903) 927-2111
    (903) 927-2622 (facsimile)

    OF COUNSEL:

    John Garvish (Bar No. 24043681)
    McKOOL SMITH P.C.
    300 W. 6th Street, Suite 1700
    Austin TX 78701

BY: /s/ Robert Baechtold (by Wesley Hill)
    Robert L. Baechtold
    Lead Attorney for Defendant
    Bristol-Myers Squibb Company
    FITZPATRICK CELLA HARPER & SCINTO
    30 Rockefeller Plaza
    New York, N.Y. 10112
    Telephone: (212) 218-2100
    Facsimile: (212) 218-2200
    rbaechtold@fchs.com

    OF COUNSEL:

(512) 692.8731
(512) 692.8744

Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
(202) 783-5070
(202) 783-2331 (facsimile)

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
(858) 678-5099 (facsimile)

Robert E. Hillman
Ramon Tabtiang
Stephen A. Marshall
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110
(617) 542-5070
(617) 542-8906 (facsimile)

Attorneys For Plaintiffs REPLIGEN
CORPORATION and REGENTS OF THE
UNIVERSITY OF MICHIGAN

Scott K. Reed
sreed@fchs.com
Colleen Tracy
ctracy@fchs.com
Christopher P. Borello
cborello@fchs.com
FITZPATRICK CELLA HARPER &
SCINTO
30 Rockefeller Plaza
New York, N.Y. 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

J. Wesley Hill
Texas Bar No. 24032294
IRELAND CARROLL & KELLEY, P.C.
6101 South Broadway
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
wesleyhill@icklaw.com

Attorneys For Defendant, BRISTOL-MYERS
SQUIBB COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

document was served on all parties via United States mail and/or electronic delivery this

9th day of April, 2008.

/s/ Wesley Hill
Wesley Hill